IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAURISE WILKES,                          )
                                         )
            Plaintiff,                   )
v.                                       )        CASE NO. 2:14-cv-389-MEF
                                         )                 WO
JUDGE PINSTON, *et al.,*                 )
                                         )
            Defendants.                  )

# **O R D E R**

On June 6, 2014, the Magistrate Judge filed a Recommendation (Doc. #4) in this case

to which no timely objections have been filed.  Upon an independent review of the file in this

case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The plaintiff's claims for declaratory relief with respect to orders issued/actions

undertaken by the state court in his pending criminal cases are DISMISSED in accordance

with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

3.  The plaintiff's claims for monetary damages against defendant Pinston are

DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(iii).

4.  The plaintiff's claims relative to pending criminal charges are DISMISSED without

prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

5.  This case is DISMISSED prior to service of process.

DONE this the 1st day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE